IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FERNANDO FIGUEROA,         :     1:13-cv-230
                              :
          Plaintiff,      :
                              :     Hon. John E. Jones III
         v.           :
                              :     Hon. Martin C. Carlson
UNITED STATES OF        :
AMERICA, *et al.*,        :
                              :
         Defendants.    :

## ORDER

**September 9, 2013**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1.    The Report and Recommendation of Chief Magistrate Judge Carlson (Doc. 20) is **ADOPTED** in its entirety.

2.    Defendants' Motion to Dismiss (Doc. 15) is **GRANTED**.

3.    Plaintiff's Complaint (Doc.1) is **DISMISSED**.

4.    The Clerk of the Court is directed to **CLOSE** the file on this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge

1